

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THORNTON STEEL & IRON WORKS, INC., a California corporation; and KENNETH DALE THORNTON,<br><br>Defendants. | Case No. 8:24-cv-02027-WLH (JDEx)<br><br>**ORDER RE JOINT STIPULATION FOR ORDER OF DISMISSAL [28]** |

1  The Court, having reviewed the foregoing Stipulation, including the
2  Parties' request that the Court retain jurisdiction to enforce the terms of the
3  Agreement previously executed by the Parties, and good cause appearing
4  therefore:

5  IT IS HEREBY ORDERED that all claims in the above-captioned matter
6  are DISMISSED with prejudice, and the Parties' request that the Court retain
7  jurisdiction to enforce the terms of the Parties' Agreement pursuant to Federal
8  Rule of Civil Procedure Rule 41(a)(2) is **GRANTED**.

10  **IT IS SO ORDERED**.

13  Dated: 8/19/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1